

**EXHIBIT "G"**

**Archived:** Thursday, May 14, 2020 10:21:44 AM
**From:**
**To:**
**Subject:** RE: Charles Ackley; DIF Case No. 14-1480
**Importance:** Normal

---

Thank you, Ryan. I appreciate your input, time and consideration.

Happy holidays!

Warm Regards-Wendy

*Detective Wendy Unger*
Division of Insurance Fraud
1400 W Commercial Blvd Suite 135
Ft. Lauderdale, FL 33309
Office (954) 958-5402

Fax (954) 202-3213



**From:** Ryan Kelley [mailto:Rkelley@sa15.org]
**Sent:** Tuesday, December 16, 2014 9:32 AM
**To:** Unger, Wendy
**Subject:** RE: Charles Ackley; DIF Case No. 14-1480

Detective Unger,

The letter my assistant sent you is just a boiler plate no-file letter and does not have any specifics. By way of explanation, the statement/deposition that the suspect gave in Palm Beach County (which was really the only nexus to jurisdiction in this county) simply did not have any substantial, material misrepresentations in it. Since his earlier deposition was given in Broward, you may want to consider bringing the case there, however since I did not review the earlier deposition in as great detail as I did the second one, I cannot predict to you whether that statement will present a sufficient basis for a criminal charge either.

Ryan Kelley
Assistant State Attorney
Economic and White Collar Crime Unit

# CASE JOURNAL

DEFENDANT: _____    CASE NO: _____

| DATE: | INITIALS: | CONTACT MADE OR SUPPLEMENTAL INFORMATION GAINED |
|---|---|---|
| 11/10/14 | RK | Intake Review |
| | | - Very little nexus to PBC. 9/24/12 Accident in Broward, 4/25/13 Depo in Broward, Lawsuit filed in Broward, Δ lives in Broward, Surveillance in Broward. Only connection is 2nd Depo [11/19/13] was taken in PBC. With very little nexus, case should be brought in Broward. In addition, not enough evidence to sustain Fraud charge. - Surveillance shows → |
| | | 7/13/13 Rode Bike to store |
| | | 7/19/13 - Moved Bike, Dog Pulls him on skateboard |
| | | 7/21/13 Rides Bike |
| | | - None of these acts are disputed at 11/19/13 statement. |
| | | E.g. |
| | | P. 96 - Says some Days Better than others |
| | | P. 96 - Uses Cane But not all the time |
| | | P. 103 - Admits Dog Pulled him on skateboard |
| | | P. 104 Can walk to store w/o cane |
| | | P. 113. Doesn't recall if he has ridden Bike since last Depo. / No-File |